**No. 57436.**—Modernophone, Inc., and H. S. Dorf & Co., Inc. v. United States protests 177375–K, etc. (New York).

——Paper boxes assessed at 35 percent ad valorem under paragraph 1413, Tariff Act of 1930, as manufactures of paper, not specially provided for, are claimed dutiable at 5 cents per pound and 10 percent ad valorem under the provision in paragraph 1405, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), for paper boxes, covered or lined with cotton. Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper boxes the subject of Abstract 56890, the claim of the plaintiffs was sustained.

**No. 57437.**—Freund-Mayer & Co., Inc., and H. W. Robinson & Co., Inc. v. United States, protests 177904–K, etc. (New York).

Opinion by Rao, J. Paper napkins stipulated to be similar in all material respects to the merchandise the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474) were held dutiable at 15 percent under the provision in paragraph 1413, as modified by T. D. 51802, for paper, embossed, cut, die-cut, or stamped into shapes. Other items of the merchandise stipulated to consist of manufactures of paper wadding or manufactures of pulp wadding the same as importations which are currently being classified as manufactures of paper wadding or pulp wadding, pursuant to the provision therefor in paragraph 1404, as modified by T. D. 51802, were held dutiable under said paragraph at 6 cents per pound and 7½ percent ad valorem.